**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| TONY LAMA,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, LLC,<br><br>        Defendant. | 2:18-cv-02006-RCJ-VCF<br><br>**ORDER** |

Before the court is Nevada CVS Pharmacy, LLC's Motion for Leave to File Third-Party Complaint (ECF NO. 19). Plaintiff filed a Non-Opposition (ECF NO. 20).

Accordingly,

IT IS HEREBY ORDERED that Nevada CVS Pharmacy, LLC's Motion for Leave to File Third-Party Complaint (ECF NO. 19) is GRANTED.

IT IS FURTHER ORDERED that Nevada CVS Pharmacy, LLC must file its Third-Party Complaint (attached as Exhibit H to the instant motion) on or before October 15, 2019.

DATED this 8th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE