ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC
dba CVS PHARMACY #8789

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
*****

| | |
|---|---|
| TONY LAMA,<br><br>            Plaintiff,<br>vs.<br><br>NEVADA CVS PHARMACY, LLC, a Nevada Limited Liability Company, dba CVS PHARMACY #8789; DOES I – X, and ROE CORPORATIONS I – X, jointly and severally,<br><br>            Defendants. | Case No.: 2:18-cv-02006-RCJ-VCF<br><br>**SUBSTITUTION OF ATTORNEYS** |
| NEVADA CVS PHARMACY, LLC, a Nevada Limited Liability Company, dba CVS PHARMACY #8789,<br><br>            Third-Party Plaintiff,<br>vs.<br><br>INTERFACESERVICES, INC.; MATRIX FLOORS; DOES 1 – 10; and ROE CORPORATIONS 1 – 10; inclusive,<br><br>            Third-Party Defendants. | |

/ / /

/ / /

/ / /

/ / /

## SUBSTITUTION OF ATTORNEYS

NEVADA CVS PHARMACY, LLC dba CVS PHARMACY #8789, hereby substitutes the firm of ALVERSON TAYLOR & SANDERS as its attorneys of record in this matter, in the place and stead of the law firm of HALL PRANGLE & SCHOONVELD, LLC.

Dated this 17th day of January, 2020.

NEVADA CVS PHARMACY, LLC dba CVS PHARMACY #8789

By: _/s/_____

The law firm of HALL PRANGLE & SCHOONVELD, LLC hereby agrees and consents to the substitution of the firm of ALVERSON TAYLOR & SANDERS as the attorneys of record for NEVADA CVS PHARMACY, LLC dba CVS PHARMACY #8789 in this matter.

Dated this ____ day of January, 2020.

HALL PRANGLE & SCHOONVELD, LLC

By: _____
MARI K. SCHAAN, ESQ.
Nevada Bar No.: 011268
MARJORIE E. KRATSAS, ESQ.
Nevada Bar No.: 012934
1140 N. Town Center Drive, Suite 350
Las Vegas, NV 89144
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC
dba CVS PHARMACY #8789

The firm of ALVERSON TAYLOR & SANDERS hereby accepts substitution as attorneys of record for NEVADA CVS PHARMACY, LLC dba CVS PHARMACY #8789 in this matter.

Dated this ____ day of January, 2020.

ALVERSON TAYLOR & SANDERS

By: _____
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC
dba CVS PHARMACY #8789

## SUBSTITUTION OF ATTORNEYS

NEVADA CVS PHARMACY, LLC dba CVS PHARMACY #8789, hereby substitutes the firm of ALVERSON TAYLOR & SANDERS as its attorneys of record in this matter, in the place and stead of the law firm of HALL PRANGLE & SCHOONVELD, LLC.

Dated this ____ day of January, 2020.

NEVADA CVS PHARMACY, LLC dba CVS PHARMACY #8789

By: _____

The law firm of HALL PRANGLE & SCHOONVELD, LLC hereby agrees and consents to the substitution of the firm of ALVERSON TAYLOR & SANDERS as the attorneys of record for NEVADA CVS PHARMACY, LLC dba CVS PHARMACY #8789 in this matter.

Dated this 15th day of January, 2020.

HALL PRANGLE & SCHOONVELD, LLC

By: _____
MARI K. SCHAAN, ESQ.
Nevada Bar No.: 011268
MARJORIE E. KRATSAS, ESQ.
Nevada Bar No.: 012934
1140 N. Town Center Drive, Suite 350
Las Vegas, NV 89144
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC
dba CVS PHARMACY #8789

The firm of ALVERSON TAYLOR & SANDERS hereby accepts substitution as attorneys of record for NEVADA CVS PHARMACY, LLC dba CVS PHARMACY #8789 in this matter.

Dated this 21st day of January, 2020.

ALVERSON TAYLOR & SANDERS

By: _____
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC
dba CVS PHARMACY #8789

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-22-2020

CC-26521

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON TAYLOR & SANDERS and that on the 22nd day of January, 2020, I caused to be served via CM/ECF a true and correct copy of SUBSTITUTION OF ATTORNEYS, to the following:

Ivy Gage, Esq.
David O'Hare Creasy, Esq.
THE GAGE LAW FIRM, PLLC
One Summerlin
1980 Festival Plaza Drive, Suite 270
Las Vegas, NV 89135
igage@gagelawfirm.com
dcreasy@gagelawfirm.com
*Attorneys for Plaintiff*
TONY LAMA

Joseph A. Long, Esq.
LONG BLUMBERG, LLP
2540 Camino Diablo Suite 202
Walnut Creek, CA 94597
jlong@longblumberg.com
*Attorneys for Third-Party Defendant*
MATRIX FLOORS

Shannon G. Splaine, Esq.
LINCOLN, GUSTAFSON & CERCOS
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
ssplaine@lgclawoffice.com
*Attorneys for Third-Party Defendant*
INTERFACESERVICES, INC.

_____
An Employee of
ALVERSON TAYLOR & SANDERS

n:\courtney.grp\cases\26521\pleadings\substitution of attorney.doc