MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
MARJORIE E. KRATSAS, ESQ.
Nevada Bar No. 12934
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TONY LAMA,<br><br>  Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, LLC, a Nevada Limited Liability Company, dba CVS Pharmacy #8789, DOES I – X and ROE CORPORATIONS I – X, jointly and severally,<br><br>  Defendants. | CASE NO.: 2:18-cv-02006-RCJ-VCF<br><br>**REQUEST FOR REMOVAL FROM SERVICE LIST AND ECF EMAIL NOTIFICATION** |
| NEVADA CVS PHARMACY, LLC, a Nevada Limited Liability Company, dba CVS Pharmacy #8789,<br><br>  Third-Party Plaintiff,<br><br>vs.<br><br>INTERFACESERVICES, INC.; MATRIX FLOORS; DOES 1-10; AND ROE CORPORATION 1-10; inclusive.<br><br>  Third-Party Defendants. | |

## REQUEST FOR REMOVAL FROM SERVICE LIST AND ECF EMAIL NOTIFICATION

PLEASE TAKE NOTICE that the undersigned, on behalf of herself and her firm, having appeared in the above-captioned case, and now being substituted out by Alverson Taylor & Sanders (*See* Doc. 35) hereby requests to be removed from the Official Service List in this case and the ECF email notification system for this matter:

> Mari K. Schaan, Esq.
> HALL PRANGLE & SCHOONVELD, LLC
> 1140 N. Town Center Dr., Ste. 350
> Las Vegas, NV 89144
> mschaan@hpslaw.com

Additional names and corresponding emails for our firm that need to be removed from the service list as well,

**Ken M Webster**    kwebster@hpslaw.com, efile@hpslaw.com, rmecham@hpslaw.com

**Mari Schaan**    mschaan@hpslaw.com, abrown@hpslaw.com, efile@hpslaw.com, hpsdocket@hpslaw.com

**Marjorie Kratsas**    mkratsas@hpslaw.com

**Tyson J Dobbs**    tdobbs@hpslaw.com, efile@hpslaw.com, netienne@hpslaw.com

DATED this 22nd day of January, 2020.

                HALL PRANGLE & SCHOONVELD, LLC

                By: */s/: Mari K. Schaan, Esq.*
                    MARI K. SCHAAN, ESQ.
                    Nevada Bar No. 11268
                    MARJORIE E. KRATSAS, ESQ.
                    Nevada Bar No. 12934

50

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 1-30-2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of HALL PRANGLE & SCHOONVELD, LLC; that on the 22nd day of January, 2020, I served a true and correct copy of the foregoing **REQUEST FOR REMOVAL FROM SERVICE LIST AND ECF EMAIL NOTIFICATION** via

__X__ the E-Service Master List for the above referenced matter

____ via direct service via electronic mail

____ via Receipt of Copy

____ via pre-postage paid, First Class US Mail

to the following:

| | |
|---|---|
| David O. Creasy, Esq.<br>THE GAGE LAW FIRM, PLLC<br>ONE Summerlin<br>1980 Festival Plaza Drive, Suite 270<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff* | JOSEPH A. LONG, ESQ.<br>Nevada Bar No. 6041<br>7371 Prairie Falcon Road, Suite 120<br>Las Vegas, NV 89128<br>*Attorney for Third-Party Defendant*<br>*Matrix Floors, Inc.* |
| SHANNON G. SPLAINE, ESQ.<br>Nevada Bar No. 8241<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br>*Attorney for Third-Party Defendant*<br>*Interfaceservices, Inc.* | Leann Sanders, Esq.<br>Nevada Bar No. 000390<br>Courtney Christopher, Esq.<br>Nevada Bar No. 012717<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br>*Attorneys for Defendant*<br>*Nevada CVS Pharmacy, L.L.C.* |

                    */s/: Kelli Wightman*
            An employee of HALL PRANGLE & SCHOONVELD, LLC