# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
** **

| | |
|---|---|
| TONY LAMA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NEVADA CVS PHARMACY, LLC, a Nevada Limited Liability Company, dba CVS PHARMACY #8789; DOES I – X, and ROE CORPORATIONS I – X, jointly and severally,<br><br>　　　　　Defendants.<br>NEVADA CVS PHARMACY, LLC, a Nevada Limited Liability Company, dba CVS PHARMACY #8789,<br><br>　　　　　Third-Party Plaintiff,<br>vs.<br><br>INTERFACESERVICES, INC.; MATRIX FLOORS; DOES 1 – 10; and ROE CORPORATIONS 1 – 10; inclusive,<br><br>　　　　　Third-Party Defendants. | Case No.:  2:18-cv-02006-RCJ-VCF<br><br>**ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff TONY LAMA, Defendant NEVADA CVS PHARMACY, LLC d/b/a CVS PHARMACY #8789, and Third-Party Defendants INTERFACESERVICES, INC. and MATRIX FLOORS, INC. by and through

1

their respective counsel of record that Plaintiff's claims against Defendant NEVADA CVS PHARMACY, LLC d/b/a CVS PHARMACY #8789 are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

IT IS FURTHER STIPULATED that the Third-Party Complaint filed by Defendant/Third-Party Plaintiff NEVADA CVS PHARMACY, LLC d/b/a CVS PHARMACY #8789 against Third-Party Defendants INTERFACESERVICES, INC. and MATRIX FLOORS, INC. is DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

| Dated this 19th day of August, 2021. | Dated this 19th day of August, 2021. |
|---|---|
| ALVERSON TAYLOR & SANDERS | THE GAGE LAW FIRM, PLLC |
| *[signature]* | /s/ David O'Hare Creasy, Esq. |
| LEANN SANDERS, ESQ.<br>Nevada Bar No. 390<br>KARIE N. WILSON, ESQ.<br>Nevada Bar No. 7957<br>6605 Grand Montecito Pkwy, Ste. 200<br>Las Vegas, NV 89149<br>702-384-7000 Phone<br>702-385-7000 Fax<br>efile@alversontaylor.com<br>Attorneys for Defendants | IVY GAGE, ESQ.<br>Nevada Bar No. 5958<br>DAVID O'HARE CREASY, ESQ.<br>Nevada Bar No. 6943<br>One Summerlin<br>1980 Festival Plaza Drive, Suite 270<br>Las Vegas, NV 89135<br>igage@gagelawfirm.com<br>dcreasy@gagelawfirm.com<br>Attorneys for Plaintiff<br>Tony Lama |
| Dated this 17th day of August, 2021. | Dated this 18th day of August, 2021. |
| LONG BLUMBERG, LLP | LINCOLN, GUSTAFSON & CERCOS |
| _____ | /s/ Paul Ballou, Esq. |
| JOSEPH A. LONG, ESQ.<br>Nevada Bar No. 6041<br>2540 Camino Diablo Suite 202<br>Walnut Creek, CA 94597<br>jlong@longblumberg.com<br>Attorneys for Third-Party Defendant<br>MATRIX FLOORS, INC. | PAUL BALLOU, ESQ.<br>Nevada Bar No. 6894<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>pballou@lgclawoffice.com<br>Attorneys for Third-Party Defendant<br>INTERFACESERVICES, INC. |

their respective counsel of record that Plaintiff's claims against Defendant NEVADA CVS PHARMACY, LLC d/b/a CVS PHARMACY #8789 are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

IT IS FURTHER STIPULATED that the Third-Party Complaint filed by Defendant/Third-Party Plaintiff NEVADA CVS PHARMACY, LLC d/b/a CVS PHARMACY #8789 against Third-Party Defendants INTERFACESERVICES, INC. and MATRIX FLOORS, INC. is DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

Dated this _____ day of July 2021

ALVERSON TAYLOR & SANDERS

LEANN SANDERS, ESQ.
Nevada Bar No. 390
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
efile@alversontaylor.com
Attorneys for Defendants

Dated this 7th day of August 2021

LONG BLUMBERG, LLP

JOSEPH A. LONG, ESQ.
Nevada Bar No. 6041
2540 Camino Diablo Suite 202
Walnut Creek, CA 94597
jlong@longblumberg.com
Attorneys for Third-Party Defendant
MATRIX FLOORS

Dated this _____ day of July 2021

THE GAGE LAW FIRM, PLLC

IVY GAGE, ESQ.
Nevada Bar No. 5958
DAVID O'HARE CREASY, ESQ.
Nevada Bar No. 6943
One Summerlin
1980 Festival Plaza Drive, Suite 270
Las Vegas, NV 89135
igage@gagelawfirm.com
dcreasy@gagelawfirm.com
Attorneys for Plaintiff
Tony Lama

Dated this _____ day of July 2021

LINCOLN, GUSTAFSON & CERCOS

PAUL BALLOU, ESQ.
Nevada Bar No. 6894
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
pballou@lgclawoffice.com
Attorneys for Third-Party Defendant
INTERFACESERVICES, INC.

## **ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

IT IS HEREBY ORDERED that the claims asserted by Plaintiff TONY LAMA against Defendant NEVADA CVS PHARMACY, LLC d/b/a CVS PHARMACY #8789, are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

IT IS FURTHER ORDERED that the Third-Party Complaint asserted by Defendant/Third-Party Plaintiff NEVADA CVS PHARMACY, LLC d/b/a CVS PHARMACY #8789 against Third-Party Defendants INTERFACESERVICES, INC. and MATRIX FLOORS, INC. is DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

DATED this 20th day of August, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

3